**UNITED STATES COURT OF INTERNATIONAL TRADE**

**Before: The Honorable Jennifer Choe-Groves, Judge**

| | |
|---|---|
| SAHA THAI STEEL PIPE PUBLIC COMPANY LIMITED, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| UNITED STATES, | )<br>) **Court No. 19-00208** |
| Defendant, | )<br>) |
| and | )<br>) |
| WHEATLAND TUBE COMPANY, SOUTHLAND TUBE, INCORPORATED, AND INDEPENDENCE TUBE CORPORATION | )<br>)<br>) |
| Defendant-Intervenors. | )<br>) |

## PLAINTIFF'S COMMENTS IN SUPPORT OF REMAND REDETERMINATION RESULTS

Pursuant to the Court's December 20, 2020 order, ECF No. 48, and the Department of Commerce's ("Commerce") remand results, ECF No. 53, we submit these comments in support of the second remand results on behalf of Plaintiff, Saha Thai Steel Pipe Public Company Limited ("Saha Thai"). The Court's opinion in slip op. 20-148 directed Commerce to "remove its cost-based particular market situation adjustment and recalculate the respondents' weighted-average dumping margins without a particular market situation adjustment." *Saha Thai Steel Pipe Public Company Limited v. United States*, Consol. Court No. 19-208, Slip Op. 20-148 (CIT Oct. 19, 2020), ECF No. 44.

In Commerce's remand it stated that it had recalculated Saha Thai's "weighted-average dumping margin without making a cost-based particular market situation adjustment." Remand Results at 4, ECF No. 53. As a result, it is Plaintiff's position that Commerce's remand redetermination complies with the Court's order and should be sustained.

Respectfully submitted,

/s/ Daniel L. Porter

Daniel L. Porter
**Curtis, Mallet-Prevost, Colt & Mosle, LLP**
1717 Pennsylvania Ave., NW
Washington, DC 20006
(202) 452-7340
dporter@curtis.com
