# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| SAHA THAI STEEL PIPE PUBLIC COMPANY LIMITED, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| UNITED STATES, | ) ) Court No. 19-00208 |
| Defendant, | ) ) ) |
| and | ) ) |
| WHEATLAND TUBE COMPANY, INDEPENDENCE TUBE CORPORATION, and SOUTHLAND TUBE, INCORPORATED, | ) ) ) ) ) ) |
| Defendant-Intervenors. | ) ) |

## DEFENDANT'S COMMENTS IN SUPPORT OF REMAND RESULTS

Pursuant to Rule 56.2(h)(3) of the Rules of the United States Court of International Trade defendant, the United States, respectfully submits its comments in support of the remand results dated March 15, 2021. *See* Final Results of Redetermination Pursuant to CIT Order, Mar. 15, 2021, ECF No. 53 (*Remand Results*). In its remand order, the Court directed the United States Department of Commerce (Commerce) to conduct its sales below-cost test methodology without a particular market situation adjustment to the cost of production and recalculate the weighted-average dumping margin without a particular market situation adjustment. Opinion and Order, Dec. 21, 2020, ECF No. 48 (*Remand Order*). Although Commerce filed its *Remand Results* in

respectful protest, continuing to find that a particular market situation exists in Thailand, *Remand Results*, at 2-3, Commerce nevertheless complied with the *Remand Order* by removing the cost-based particular market situation adjustment. *See id.*, at 4. No party has objected to the *Remand Results*. Because the *Remand Results* comply with the *Remand Order*, and in the absence of any objection, we respectfully request that the Court sustain the *Remand Results*.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ In. K. Cho

| | |
|---|---|
| Of Counsel: | IN K. CHO |
| BRENDAN S. SASLOW | Trial Attorney |
| Attorney | Commercial Litigation Branch |
| Office of the Chief Counsel for Trade | Civil Division |
| Enforcement and Compliance | U.S. Department of Justice |
| United States Department of Commerce | P.O. Box 480 |
| | Ben Franklin Station |
| | Washington, DC 20044 |
| | Telephone: (202) 616-0463 |
| | Facsimile: (202) 305-7644 |
| | Email: In.K.Cho@usdoj.gov |

May 28, 2021                                      *Attorneys for Defendant*