# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE THE HONORABLE JENNIFER CHOE-GROVES

|  |  |
|---|---|
| SAHA THAI STEEL PIPE PUBLIC COMPANY LIMITED, | ) ) ) ) |
| Plaintiff, | ) Court No. 19-00208 |
| v. | ) ) |
| UNITED STATES, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| WHEATLAND TUBE COMPANY AND NUCOR TUBULAR PRODUCTS INC., | ) ) ) |
| Defendant-Intervenors. | ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Wheatland Tube Company, Defendant-Intervenor in the above named case, appeals to the United States Court of Appeals for the Federal Circuit from the decision, order, and judgment of the U.S. Court of International Trade entered in this action, *Saha Thai Steel Pipe Public Company Limited v. United States*, Ct. No. 19-00208, slip op. 21-119 (Ct. Int'l Trade Sept. 17, 2021), ECF No. 61, and Judgment Order (Ct. Int'l Trade Sept. 17, 2021), ECF No. 62.

Respectfully submitted,

/s/ Roger B. Schagrin
Roger B. Schagrin
SCHAGRIN ASSOCIATES
900 Seventh Street NW, Suite 500
Washington, DC  20001
202-223-1700
rschagrin@schagrinassociates.com
*Counsel to Wheatland Tube Company*

November 15, 2021