## UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE**

|  |  |
|---|---|
| SAHA THAI STEEL PIPE PUBLIC COMPANY LIMITED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES, | ) ) Court No. 19-00208 |
| Defendant, | ) ) |
| and | ) ) |
| WHEATLAND TUBE COMPANY, and NUCOR TUBULAR PRODUCTS INC., | ) ) ) |
| Defendant-Intervenors. | ) ) |

### DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that defendant, the United States, appeals to the United States Court of Appeals for the Federal Circuit from the Court's final judgment in this case. *See* Judgment, September 17, 2021, ECF No. 62.

        Respectfully submitted,

        BRIAN M. BOYNTON
        Acting Assistant Attorney General

        PATRICIA M. MCCARTHY
        Director

        /s/ Franklin E. White, Jr.
        FRANKLIN E. WHITE, JR.
        Assistant Director

        /s/ In. K. Cho
        IN K. CHO

- 2 -

| | |
|---|---|
| Of Counsel: | Trial Attorney |
| BRENDAN S. SASLOW | Commercial Litigation Branch |
| Attorney | Civil Division |
| Office of the Chief Counsel for Trade | U.S. Department of Justice |
| Enforcement and Compliance | P.O. Box 480 |
| United States Department of Commerce | Ben Franklin Station |
| | Washington, DC 20044 |
| | Telephone: (202) 616-0463 |
| | Facsimile:  (202) 305-7644 |
| | Email:     In.K.Cho@usdoj.gov |
| November 15, 2021 | *Attorneys for Defendant* |